**317 So.2d 529**

**In re Roland Harold HUGHLEY, alias**

**v.**

**STATE.**

**Ex parte Roland Harold Hughley.**

**SC 1327.**

Supreme Court of Alabama.

July 3, 1975.

Richard D. Lane, Auburn, for petitioner.

None for respondent.

MADDOX, Justice.

Petition of Roland Harold Hughley for Certiorari to the Court of Criminal Appeals to review and revise the judgments and decisions of that Court in *Hughley,*

*alias v. State,* 55 Ala.App. 559, 317 So.2d 526, 55 Ala.App. 557, 317 So.2d 524.

Writ denied.

HEFLIN, C. J., and MERRILL, JONES and SHORES, JJ., concur.

**315 So.2d 136**

**In re Joe Nathan JACKSON, alias**

**v.**

**STATE.**

**Ex parte Joe Nathan Jackson.**

**SC 1313.**

Supreme Court of Alabama.

July 3, 1975.

Myron K. Allenstein, Gadsden, for petitioner.

No appearance for respondent.

SHORES, Justice.

Petition of Joe Nathan Jackson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Jackson, alias v. State, 55 Ala.App. 334, 315 So.2d 131.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.